Case 2:09-cv-00335-DSC Document 6 (Court only) Filed 06/19/2009/2009 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:09-cv-335 |
| ) | |
| v. ) | |
| ) | |
| JENNIFER SCHIEDEL, ) | Electronically Filed |
| ) | |
| Defendant. ) | |

**DEFAULT JUDGMENT**

AND NOW, this _23rd_ day of _June_,
in accordance with Rules 55(a) and 55(b)(1) of the Federal Rules of Civil Procedure, the default of the Defendant, Jennifer Schiedel, is entered of record, and judgment is hereby entered in favor of the Plaintiff, United States of America, and against the Defendant for the amount of $9,429.83 plus post-judgment interest and costs.

_R.T. Garth, G._

Clerk, United States District Court

cc:   Michael Colville, AUSA